IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEKATOR MATTHEW THORPE,

                Plaintiff,                              ORDER

       v.                                                13-cv-390-wmc

DANE COUNTY, WI.,
STATE OF WI., MAJORIE SCHUETT and
NICHOLE RETALLICK,

                Defendants.

---

Plaintiff Dekator Thorpe has filed a proposed civil complaint. Plaintiff asks for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The factors for determining whether plaintiff qualifies for indigent status are:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff's monthly income is $740 a month, which makes plaintiff's annual income $8,880. Plaintiff has one dependent and no assets. Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff Dekator Thorpe's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because

the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 5th day of June, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge