IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEKATOR M. THORPE,

    Plaintiff,

v.

DANE COUNTY, WI,
STATE OF WI,
MARJORIE SCHUETT and
NICHOLE RETALLICK,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-390-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 8/6/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |